TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00566-CV






David Fernea, Appellant


v.


Merrill Lynch Pierce Fenner & Smith, Inc., Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. D-1-GN-09-002195, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING




ORDER



 The parties have filed a joint motion to continue abatement of this appeal pending
settlement negotiations in a related case. The motion is granted and the abatement of the appeal is
continued. The parties shall submit either a joint status report concerning the status of settlement
negotiations or a motion to dismiss on or before October 1, 2012.

 It is so ordered March 6, 2012.


 _____________________________________________

 J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton